ALBANS HOLDING CORPORATION et al., Appellants, *v.* SOLOMON BLUM et al., Respondents.

Argued May 21, 1947; decided July 2, 1947.

*Arthur Morris* and *Abraham Lillienthal* for appellants.

*Joseph G. Blum* for Solomon Blum, Jacob Jolles and Benjamin Kliegman, respondents.

*Raphael H. Weissman* and *Hillard Pollack* for Samuel Nathan, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.